No. 1235. GOLDEN GATE BRIDGE & HIGHWAY DISTRICT *v.* UNITED STATES. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Cir-

cuit denied. *Mr. John L. McNab* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Littell* for the United States.